Case: 3:17-cr-00144-GHD-RP Doc #: 1-4 Filed: 08/24/17 1 of 4 PageID #: 123

Case: 3:17-cv-00174-GHD-RP Doc #: 1-4 Filed: 08/24/17 1 of 4 PageID #: 123



**FILED**

DAVID CREWS, CLERK
BY R. Capps
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:17-CR-144

CHARLES B. PHILLIPS

49 U.S.C. § 46317(a)(1)
49 U.S.C. § 46306(b)(7)
18 U.S.C. § 1519
18 U.S.C. § 1505

## INDICTMENT

The Grand Jury Charges that:

### COUNTS ONE THROUGH FIFTEEN

On or about the dates set forth in the chart below, in the Northern District of Mississippi, CHARLES B. PHILLIPS, defendant, knowingly and willfully served as an airman operating an aircraft in air transportation without an airman's certificate authorizing PHILLIPS to serve in that capacity, that is, PHILLIPS provided pilot service for Oxford Town Properties knowing that his (PHILLIPS') airman's certificate was out of date and had not been renewed due to medical reasons, in violation of 49 U.S.C. § 46317(a)(1).

| Count | Date |
|---|---|
| Count One | October 9, 2015 |
| Count Two | October 4, 2015 |
| Count Three | August 30, 2015 |
| Count Four | June 26, 2015 |
| Count Five | May 14, 2015 |
| Count Six | December 11, 2014 |
| Count Seven | September 30, 2014 |
| Count Eight | May 12, 2014 |
| Count Nine | March 28, 2014 |
| Count Ten | January 27, 2014 |
| Count Eleven | November 23, 2013 |
| Count Twelve | October 7, 2013 |
| Count Thirteen | September 29, 2013 |
| Count Fourteen | June 10, 2013 |
| Count Fifteen | March 29, 2013 |

## COUNTS SIXTEEN THROUGH TWENTY-FIVE

On or about the dates set forth in the chart below, in the Northern District of Mississippi, CHARLES B. PHILLIPS, defendant, knowingly and willfully served as an airman operating an aircraft in air transportation without an airman's certificate authorizing PHILLIPS to serve in that capacity, that is, PHILLIPS provided pilot service for R.J. Allen & Associates knowing that his (PHILLIPS') airman's certificate was out of date and had not been renewed due to medical reasons, in violation of 49 U.S.C. § 46317(a)(1).

| | |
|---|---|
| Count Sixteen | July 6, 2016 |
| Count Seventeen | July 5, 2016 |
| Count Eighteen | July 1, 2016 |
| Count Nineteen | June 14, 2016 |
| Count Twenty | June 1, 2016 |
| Count Twenty-One | May 10, 2016 |
| Count Twenty-Two | April 21, 2016 |
| Count Twenty-Three | April 12, 2016 |
| Count Twenty-Four | February 25, 2016 |
| Count Twenty-Five | January 15, 2016 |

## COUNTS TWENTY-SIX THROUGH TWENTY-EIGHT

On or about the dates set forth in the chart below, in the Northern District of Mississippi, CHARLES B. PHILLIPS, defendant, knowingly and willfully served as an airman operating an aircraft in air transportation without an airman's certificate authorizing PHILLIPS to serve in that capacity, that is, PHILLIPS provided pilot service for Bob Nance knowing that his (PHILLIPS') airman's certificate was out of date and had not been renewed due to medical reasons, in violation of 49 U.S.C. § 46317(a)(1).

| | |
|---|---|
| Count Twenty-Six | March 16, 2016 |
| Count Twenty-Seven | March 18, 2015 |
| Count Twenty-Eight | October 29, 2014 |

## COUNTS TWENTY-NINE THROUGH FIFTY-ONE

On or about the dates set forth in the chart below, in the Northern District of Mississippi,

CHARLES B. PHILLIPS, defendant, knowingly and willfully served as an airman operating an aircraft in air transportation without an airman's certificate authorizing PHILLIPS to serve in that capacity, that is, PHILLIPS provided pilot service for DEH Trucking knowing that his (PHILLIPS') airman's certificate was out of date and had not been renewed due to medical reasons, in violation of 49 U.S.C. § 46317(a)(1).

| | |
|---|---|
| Count Twenty-Nine | July 17, 2016 |
| Count Thirty | July 11, 2016 |
| Count Thirty-One | June 28, 2016 |
| Count Thirty-Two | June 27, 2016 |
| Count Thirty-Three | June 25, 2016 |
| Count Thirty-Four | June 23, 2016 |
| Count Thirty-Five | June 15, 2016 |
| Count Thirty-Six | June 11, 2016 |
| Count Thirty-Seven | June 10, 2016 |
| Count Thirty-Eight | April 22, 2016 |
| Count Thirty-Nine | April 19, 2016 |
| Count Forty | April 13, 2016 |
| Count Forty-One | April 9, 2016 |
| Count Forty-Two | April 4, 2016 |
| Count Forty-Three | March 29, 2016 |
| Count Forty-Four | March 16, 2016 |
| Count Forty-Five | March 3, 2016 |
| Count Forty-Six | February 24, 2016 |
| Count Forty-Seven | February 21, 2016 |
| Count Forty-Eight | February 19, 2016 |
| Count Forty-Nine | February 16, 2016 |
| Count Fifty | February 12, 2016 |
| Count Fifty-One | February 5, 2016 |

## COUNTS FIFTY-TWO THROUGH FIFTY-SEVEN

On or about the dates set forth in the chart below, in the Northern District of Mississippi, CHARLES B. PHILLIPS, defendant, knowingly and willfully served as an airman on an aircraft not used to provide air transportation without an airman's certificate authorizing PHILLIPS to serve in that capacity, that is, PHILLIPS provided flight instruction to J.F. knowing that his (PHILLIPS') airman's certificate was out of date and had not been renewed due to medical reasons,

in violation of 49 U.S.C. § 46306(b)(7).

| Count Fifty-Two | April 24, 2016 |
| Count Fifty-Three | April 19, 2016 |
| Count Fifty-Four | March 31, 2016 |
| Count Fifty-Five | March 17, 2016 |
| Count Fifty-Six | May 19, 2014 |
| Count Fifty-Seven | May 14, 2014 |

### COUNT FIFTY-EIGHT

On or about May 14, 2016, in the Northern District of Mississippi, CHARLES B. PHILLIPS, defendant, did knowingly and willfully falsify an instrument proficiency check and flight review endorsements to J.F. in a multiengine airplane, knowing he did not hold a multiengine airplane instructor rating, in violation of 18 U.S.C. § 1519.

### COUNT FIFTY-NINE

On or about May 14, 2016, in the Northern District of Mississippi, CHARLES B. PHILLIPS, defendant, did knowingly and willfully falsify an instrument competency check and flight review endorsements to J.F., knowing he did not hold an instrument flight instructor rating, in violation of 18 U.S.C. § 1519.

### COUNT SIXTY

On or about August 31, 2016, in the Northern District of Mississippi, CHARLES B. PHILLIPS, defendant, did corruptly obstruct and impede and endeavor to obstruct and impede the due and proper administration of the law under which a pending proceeding was being had before the NTSB and the FAA, departments and agencies of the United States, that is, the investigation of an airplane crash that occurred on August 14, 2016, near Tuscaloosa, Alabama, by providing false statements to the NTSB, in violation of 18 U.S.C. § 1505.

**A TRUE BILL**

**UNITED STATES ATTORNEY**

*/s/redacted signature*
**FOREPERSON**