UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

AMERICAN NATIONAL PROPERTY AND                                              PLAINTIFF
CASUALTY COMPANY

VERSUS                                              CIVIL ACTION NO. 3:18CV177-TSL-RHW

ESTATE OF JASON FARESE et al                                              DEFENDANTS

## ORDER STAYING CASE

This matter came before the Court for a telephonic status conference on July 23, 2019. *See* Minute Entry (7/23/2019). The parties advised that there is a related interpleader action pending in the Chancery Court of Lafayette County, Mississippi. Plaintiff has filed a motion to dismiss the interpleader action which is currently before the Chancery Court. During the conference call, the parties agreed to stay the instant cause of action case until after the Chancery Court has ruled on Plaintiff's motion to dismiss.

IT IS THEREFORE ORDERED AND ADJUDGED that this cause of action is hereby stayed, and all deadlines and briefing schedules are suspended. During the stay, the parties may continue with agreed discovery and file any necessary administrative motions.

SO ORDERED AND ADJUDGED, this the 26th day of July 2019.

/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE