UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

AMERICAN NATIONAL PROPERTY                                                                                  PLAINTIFF
AND CASUALTY COMPANY

VERSUS                                                                   CIVIL ACTION NO. 3:18cv177-TSL-RPM

ESTATE OF JOHN FARESE, *et al.*                                                                              DEFENDANTS

## ORDER LIFTING STAY

Before the Court is Plaintiff American National Property and Casualty Company's unopposed motion to lift stay. Doc. [139]. By order dated July 26, 2019, the Court stayed this cause of action, along with all briefing and scheduling deadlines, pending resolution of a related interpleader action pending in the Chancery Court of Lafayette County, Mississippi. Doc. [133]. The parties have advised the Court that the interpleader action has been dismissed. Doc. [140-1]. As the basis for the stay has been resolved, the Court finds the stay should be lifted.

IT IS THEREFORE ORDERED AND ADJUDGED that the [139] Motion to Lift Stay is GRANTED.

SO ORDERED AND ADJUDGED, this the 23rd day of September 2020.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE