UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

AMERICAN NATIONAL PROPERTY                  PLAINTIFF
AND CASUALTY COMPANY

VERSUS                         CIVIL ACTION NO. 3:18CV177-TSL-RPM

ESTATE OF JOHN FARESE et al                  DEFENDANTS

## ORDER ADMINISTRATIVELY CLOSING CASE

This matter is before the Court *sua sponte*. The undersigned conducted a settlement conference on September 1, 2021, at which time the parties reached a settlement agreement. However, the settlement is subject to chancery court approval. Because there appears no reason at this time to maintain the file as open for statistical purposes, the case will be administratively closed. Nothing contained in this Order shall be considered a dismissal or disposition of this matter. The Court retains jurisdiction over the cause of action such that should further proceedings become necessary or desirable, any party may move to reopen the case. Once chancery court approval of the settlement has been obtained and the settlement otherwise consummated, the parties are directed to file a motion to re-open the case so that a final judgment of dismissal with prejudice may be entered by the Court.

IT IS THEREFORE ORDERED that this case is hereby administratively closed for statistical purposes.

SO ORDERED AND ADJUDGED, this the 27th day of September 2021.

/s/ *Robert P. Myers, Jr.*
ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE