IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

AMERICAN NATIONAL PROPERTY
AND CASUALTY COMPANY,

    Plaintiff,

v.                                                     CIVIL ACTION NO. 3:18-cv-00177-TSL-RPM

ESTATE OF JASON FARESE, et al.,

    Defendants.

## FINAL JUDGMENT

The remaining Counter-Plaintiffs and Counter-Defendant, by and through their respective counsel of record, have announced that all matters in controversy remaining, after the Court's March 30, 2021 Memorandum Opinion and Order (ECF Doc. No. 196), have been compromised and settled. Further, all parties agree that final judgment of dismissal with prejudice should be entered.

**IT IS THEREFORE HEREBY ORDERED** that this cause be and hereby is **DISMISSED WITH PREJUDICE.** This the 9th day of June, 2022.

                                               /s/ Tom S. Lee
                                               TOM S. LEE
                                               **UNITED STATES DISTRICT JUDGE**